UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SHELMINA BABAI, an individual, | ) | Honorable John C. Coughenour |
| | ) | |
| Plaintiff, | ) | No. 2:12-cv-01518-JCC |
| | ) | |
| v. | ) | JURY DEMAND |
| | ) | (12-PERSON) |
| ALLSTATE INSURANCE COMPANY, a foreign insurer, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff, by and through her attorneys, Foster Pepper, PLLC, and pursuant to Fed. R. Civ. P. 38 and Western District Local Rule 38(b), hereby demands that the above-captioned matter be tried by a jury of 12 members.

DATED this 18th day of September, 2012.

FOSTER PEPPER PLLC

*s/ Jason R. Donovan*
Jason R. Donovan, WSBA No. 40994
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone:  206-447-4400
Facsimile:  206-447-9700
Email:  donoj@foster.com
Attorneys for Plaintiff

JURY DEMAND - 1
Case No. 2:12-cv-01518

51245844.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

<u>Attorneys for Defendant</u>
Rick J. Wathen, WSBA No. 25539
Jennifer P. Dinning, WSBA No. 38236
Cole, Wathen, Leid & Hall, P.C.
1000 Second Avenue, Suite 1300
Seattle, WA  98104
Telephone: (206) 622-0494
Facsimile: (206) 587-2476
Email: rwathen@cwlhlaw.com
jdinning@cwlhlaw.com

DATED this 18th day of September, 2012.

*s/ Jason R. Donovan*
Jason R. Donovan, WSBA No. 40994
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone:  206-447-4400
Facsimile:  206-447-9700
Email:  donoj@foster.com
Attorneys for Plaintiff

JURY DEMAND - 2
Case No. 2:12-cv-01518

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51245844.1